IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELENE COMMUNICATION TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 14-341 (SLR) (SRF) ) |
| EMC CORPORATION, | ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS**

Plaintiff Selene Communication Technologies, LLC ("Selene") and Defendant EMC Corporation ("EMC") hereby stipulate to the dismissal, with prejudice, of all claims or counterclaims that were asserted or could have been asserted by Selene against EMC or by EMC against Selene in this case. Selene and EMC further stipulate that they shall each bear their own attorneys' fees, expenses, and costs associated with the aforementioned claims, and each waives its right to make a claim against the other for such attorneys' fees, expenses or costs associated with the Selene Litigations.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | 1201 North Market Street |
| Vanessa R. Tiradentes (#5398) | P.O. Box 1347 |
| 222 Delaware Avenue | Wilmington, DE 19899 |
| Suite 900 | (302) 658-9200 |
| P.O. Box 25130 | jblumenfeld@mnat.com |
| Wilmington, DE 19899 | |
| (302) 655-5000 | *Attorneys for Defendant* |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| | |
| *Attorneys for Plaintiff* | |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Mark S. Raskin | Jesse J. Jenner |
| John F. Petrsoric | Khue V. Hoang |
| MISHCON DE REYA NEW YORK LLP | ROPES & GRAY LLP |
| 750 Seventh Avenue, 26th Floor | 1211 Avenue of the Americas |
| New York, NY 10019 | New York, NY 10036 |
| | *Attorneys for Defendant EMC* |

SO ORDERED this _____ day of April 2015.

_____
                                             J.